PROB 12A
(12/20)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision
# RESTRICTED ACCESS DOCUMENT

Name of Offender: Gregg Jaclin                                      Cr.: 17-00281-001
                                                                    PACTS #: 3694653

Name of Sentencing Judicial Officer:   THE HONORABLE JUDGE RICHARD SEEBORG
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/22/2020

Original Offense:    Count One: Conspiracy 18 U.S.C. § 371
                     Count Eight: Obstruction of Justice 18 U.S.C. § 1505

Original Sentence: 36 Months Probation

Special Conditions: Special Assessment, Location Monitoring Program – 3 months, Employment Requirements/Restrictions, No contact with codefendants, DNA Cooperation, Search/Seizure

Type of Supervision: Probation                        Date Supervision Commenced: 06/22/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states **"the defendant shall not leave the judicial district without permission of the court or probation officer"**<br><br>On January 6, 2021, Jaclin traveled to the West Palm, Florida without first seeking approval from the Probation Office |

U.S. Probation Officer Action:

At this time, we are requesting no formal Court action to be taken. Jaclin was verbally reprimanded and advised he is barred from traveling for leisure outside of the District of New Jersey for the next two months. We recommend presentation of the attached Probation Form 12A to Jaclin as a written reprimand issued under the authority of the Court. If his non-compliance continues, the Court will be notified immediately.

Prob 12A – page 2
Gregg Jaclin

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By: ELISA MARTINEZ
Supervising U.S. Probation Officer

/ bgm

PREPARED BY:

*Brendan G. Murillo*      *1/19/2021*
BRENDAN G. MURILLO     Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

*/s/ Anne E. Thompson, USDJ*
Signature of Judicial Officer

2/2/2021
Date